```
GREGG A. THORNTON (SBN 146282)
ERIKA J. SCOTT (SBN 244724)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF MORGAN HILL, MORGAN HILL
POLICE DEPARTMENT, EX-CHIEF
BRUCE CUMMING, OFFICER DANIEL
ORTEGA, OFFICER MAX CERVANTEZ
AND OFFICER RICK RODRIGUEZ


RONALD Z. BERKI (SBN 85355)
LAW OFFICES OF RONALD Z. BERKI
75 E. Santa Clara St, Suite 1400
San Jose, CA 95113
Office: (408) 971-1160
Fax: (408) 971-1312

Attorney for Plaintiff
JOSEPH RONALD TACCI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RONALD TACCI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MORGAN HILL, MORGAN HILL POLICE DEPARTMENT, EX-CHIEF BRUCE CUMMING, OFFICER DANIEL ORTEGA, OFFICER MAX CERVANTEZ, OFFICER RICK RODRIGUEZ, DOES 1-25,<br><br>    Defendants. | CASE NO.  5:11-CV-04684 RMW ENE<br><br>**STIPULATION TO EXTEND, AND ORDER GRANTING EXTENSION OF, DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, by and through their respective attorneys of record, as follows:

1
**STIPULATION TO EXTEND, AND ORDER GRANTING EXTENTION OF, DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**
**5:11-CV-04684-RMW ENE**

244099.1 555.31682

1. The court referred the parties to Early Neutral Evaluation on December 2, 2011.

2. The deadline for the parties to complete Early Neutral Evaluation is March 1, 2012, pursuant to Local Rule 5-4(b).

3. On January 10, 2012, the court assigned Anthony Boskovich, Esq., Law Offices of Anthony Boskovich, 28 N. First Street, 6th Floor, San Jose, California 95113, (408)286-5150, as the Neutral Evaluator in this matter.

4. On February 1, 2012, counsel for defendants requested the scheduling of a joint telephone conference in a writing to Mr. Boskovich, copying plaintiff's counsel Ronald Berki on the communication.

5. On February 21, 2012, the parties learned that Mr. Boskovich is out of the office due to a surgery and is unable to conduct the Early Neutral Evaluation by the March 1, 2012 deadline.

6. The parties, after speaking with Mr. Boskovich's office and learning the status of his recovery, request a sixty (60) day extension by which to complete the Early Neutral Evaluation.

7. This stipulation may be signed in counterpart and by facsimile, all of which taken together shall constitute the same stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

1  **IT IS SO STIPULATED.**

3  DATED: February 22, 2012          SELMAN BREITMAN LLP

5                                    By:  /s/ *Gregg A. Thornton*
6                                         GREGG A. THORNTON
                                          ERIKA J. SCOTT
7                                         Attorneys for Defendants
                                          CITY OF MORGAN HILL, MORGAN HILL
8                                         POLICE DEPARTMENT, EX-CHIEF
                                          BRUCE CUMMING, OFFICER DANIEL
                                          ORTEGA, OFFICER MAX CERVANTEZ
9                                         AND OFFICER RICK RODRIGUEZ

10 DATED: February 22, 2012          LAW OFFICES OF RONALD Z. BERKI

12                                   By:  /s/ *Ronald Z. Berki*
13                                        RONALD Z. BERKI
                                          Attorney for Plaintiff
                                          JOSEPH RONALD TACCI

15                                 **ORDER**

16    PURSUANT TO THE STIPULATION as set forth and executed above,
17 and for good cause appearing therefore,

18    **IT IS HEREBY ORDERED** that the deadline by which the parties
19 must complete Early Neutral Evaluation is extended sixty (60)
20 days, until April 30, 2012.

22 Dated: _____        *Ronald M. Whyte*
23                             Hon. Ronald M. Whyte
                               UNITED STATES DISTRICT JUDGE
                               NORTHERN DISTRICT OF CALIFORNIA

---

3

**STIPULATION TO EXTEND, AND ORDER GRANTING EXTENTION OF,
DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION
5:11-CV-04684-RMW ENE**

244099.1 555.31682