GREGG A. THORNTON (SBN 146282)
ERIKA J. SCOTT (SBN 244724)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF MORGAN HILL, MORGAN HILL
POLICE DEPARTMENT, EX-CHIEF
BRUCE CUMMING, OFFICER DANIEL
ORTEGA, OFFICER MAX CERVANTEZ
AND SERGEANT RICK RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RONALD TACCI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MORGAN HILL, MORGAN HILL POLICE DEPARTMENT, EX-CHIEF BRUCE CUMMING, OFFICER DANIEL ORTEGA, OFFICER MAX CERVANTEZ, OFFICER RICK RODRIGUEZ, DOES 1-25,<br><br>    Defendants. | CASE NO. 5:11-CV-04684 RMW ENE<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between all of the parties to this action, through their respective designated attorneys of record, that the above-captioned action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice.

    IT IS FURTHER HEREBY STIPULATED by and between all of the parties to this action, through their respective designated attorneys of record, that the above-caption action be and hereby

1

**STIPULATION FOR DISMISSAL & ORDER OF DISMISSAL**
5:11-CV-04684-RMW-ENE

is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2).

DATED: October 10, 2012      LAW OFFICES OF RONALD Z. BERKI

                                         By:   */s/ Ronald Z. Berki*
                                                   RONALD Z. BERKI
                                                   Attorneys for Plaintiff
                                                   JOSEPH RONALD TACCI

DATED: October 10, 2012      SELMAN BREITMAN LLP

                                         By:   */s/ Gregg A. Thornton*
                                                 GREGG A. THORNTON
                                                 ERIKA J. SCOTT
                                                 Attorneys for Defendants
                                                 CITY OF MORGAN HILL, MORGAN HILL
                                                 POLICE DEPARTMENT, EX-POLICE CHIEF
                                                 BRUCE CUMMING, OFFICER DANIEL
                                                 ORTEGA, OFFICER MAX CERVANTEZ AND
                                                 SERGEANT RICK RODRIGUEZ

## ORDER

The parties having stipulated and agreed that this action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice;

The parties having further stipulated and agreed that the above-caption action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2);

The Court finding good cause appearing therefor;

**IT IS HEREBY ORDERED** that the above-caption action be and hereby is dismissed with prejudice.

Dated: _____  By: _____
                                                Honorable Ronald M. Whyte
                                                United States District Judge