```
GREGG A. THORNTON (SBN 146282)
ERIKA J. SCOTT (SBN 244724)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF MORGAN HILL, MORGAN HILL
POLICE DEPARTMENT, EX-CHIEF
BRUCE CUMMING, OFFICER DANIEL
ORTEGA, OFFICER MAX CERVANTEZ
AND SERGEANT RICK RODRIGUEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RONALD TACCI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MORGAN HILL, MORGAN HILL POLICE DEPARTMENT, EX-CHIEF BRUCE CUMMING, OFFICER DANIEL ORTEGA, OFFICER MAX CERVANTEZ, OFFICER RICK RODRIGUEZ, DOES 1-25,<br><br>    Defendants. | CASE NO.  5:11-CV-04684 RMW ENE<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between all of the parties to this action, through their respective designated attorneys of record, that the above-captioned action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice.

   IT IS FURTHER HEREBY STIPULATED by and between all of the parties to this action, through their respective designated attorneys of record, that the above-caption action be and hereby

1  is dismissed with prejudice, pursuant to Federal Rules of Civil
2  Procedure 41(a)(1)(A)(ii) and 41(a)(2).

4  DATED: October 10, 2012      LAW OFFICES OF RONALD Z. BERKI

6                               By:  /s/ Ronald Z. Berki_____
                                     RONALD Z. BERKI
                                     Attorneys for Plaintiff
7                                    JOSEPH RONALD TACCI

8  DATED: October 10, 2012      SELMAN BREITMAN LLP

10                              By:  /s/ Gregg A. Thornton____
                                     GREGG A. THORNTON
11                                   ERIKA J. SCOTT
                                     Attorneys for Defendants
12                                   CITY OF MORGAN HILL, MORGAN HILL
                                     POLICE DEPARTMENT, EX-POLICE CHIEF
13                                   BRUCE CUMMING, OFFICER DANIEL
                                     ORTEGA, OFFICER MAX CERVANTEZ AND
14                                   SERGEANT RICK RODRIGUEZ

15                                **ORDER**

17      The parties having stipulated and agreed that this action
   has been fully and finally resolved by way of a compromise
18 settlement and release of all claims, with prejudice;

19      The parties having further stipulated and agreed that the
20 above-caption action be and hereby is dismissed with prejudice,
21 pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2);

22      The Court finding good cause appearing therefor;

23      **IT IS HEREBY ORDERED** that the above-caption action be and
24 hereby is dismissed with prejudice.

25  Dated: _____  By: _____
26                               Honorable Ronald M. Whyte
                                 United States District Judge

2

**STIPULATION FOR DISMISSAL & ORDER OF DISMISSAL**
5:11-CV-04684-RMW-ENE